1  CRIMINAL DEFENSE ASSOCIATES
   Alan Baum (SBN 42160)
2  20700 Ventura Blvd., Suite 301
   Woodland Hills, CA 91364
3  Telephone (800) 313-9619
   Facsimile (818) 313-6871
4
   Attorney for Defendant
5  TROY EUGENE KING, SR.

6                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
7

8  UNITED STATES OF AMERICA,            )  Case No.: S-03-172-GEB
                                        )
9              Plaintiff,               )  SUBSTITUTION OF ATTORNEY
                                        )
10      vs.                             )
                                        )
11 TROY EUGENE KING, SR.,               )
                                        )
12             Defendant                )

13      Defendant, TROY EUGENE KING, SR., hereby substitutes ALAN BAUM, 20700 Ventura

14 Boulevard, Suite 301, Woodland Hills, CA 91504, Phone: (800) 313-9619, Fax: (818-313-6871, State Bar

15 #42160 as attorney of record in place and stead of Jan David Karowsky.

16 Dated:  05-17-2005            /s/Troy Eugene King, Sr.
17                               Troy Eugene King, Sr.

18 I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

19 Dated:  05-25-2005            /s/Jan David Karowsky
                                 Jan David Karowsky
20
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////

-1-

I am duly admitted to practice in this District pursuant to Local Rule 98-2.8

Dated:  05-24-2005                    /s/Alan Baum
                                      Alan Baum

**ORDER**

IT IS SO ORDERED that ALAN BAUM is substituted as counsel for defendant, Troy Eugene King, Sr.[1]

DATED:  5/27/2005

                          /s/ Garland E. Burrell, Jr.
                       GARLAND E. BURRELL, JR.
                       United States District Judge

---

[1] The rules the attorneys cite in the Stipulation are not Eastern District Local Rules.