UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   CR NO. S-03-172 GEB
            Plaintiff,               )
                                     )
     v.                              )   ORDER
                                     )
TROY KING,                           )
                                     )
            Defendant.               )
_____)

        On July 20, 2005, the government submitted to chambers for *in camera* consideration a request to have its entire trial brief filed under seal.  The sealing request is clearly overbroad and is therefore denied.  The Clerk's Office is directed to return to the government the three documents which the government submitted for *in camera* review: Order Sealing Government's Trial Brief, Government's Motion to Seal Government's Trial Brief, and Government's Trial Brief.

        Because of the overbroad nature of the sealing request and the closeness of the impending trial, the government is relieved from its obligation to file a trial brief.  The defendant is also relieved from having to file a trial brief.

        IT IS SO ORDERED.

Dated:  July 20, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge