UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )    2:03-CR-00172-GEB
          Plaintiff,         )
                             )
     v.                      )    ORDER
                             )
TROY KING,                   )
                             )
          Defendant.         )
_____)
```

Since the government vigorously opposed the time limit imposed at the trial confirmation hearing on the length of opening statements, no time limit is imposed on opening statements.

IT IS SO ORDERED.

Dated: July 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge