IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. CR S-03-172 GEB KJM P

  vs.

TROY KING,

      Movant.                       <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

      Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be directed to file a response.

      IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to the motion within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2255 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2255 Cases;

      2. If the response to the motion is an answer, movant's reply, if any, shall be filed and served within thirty days after service of the answer;

1

4.  If the response to the motion to vacated is a motion, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter

5.  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: February 8, 2010.

_____
U.S. MAGISTRATE JUDGE

2
king0172.206