IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                        No. CR S-03-172 GEB KJM P

   vs.

TROY KING,

      Movant.                           <u>ORDER</u>

_____/

       Movant has filed a document he characterizes as a motion to amend his motion to vacate his sentence. Instead of a true amendment, however, it is a request that the court consider the latest Supreme Court authority on equitable tolling. Movant need not seek an amendment on this basis, for the court will consider relevant authority, whether mentioned in his moving papers or not.

       IT IS THEREFORE ORDERED that movant's motion to amend his petition (docket no. 116) is denied.

DATED: August 27, 2010.

                                        U.S. MAGISTRATE JUDGE

2/king0172.dlta

1